# ALABAMA COURT OF CRIMINAL APPEALS



April 25, 2025

**CR-2024-0616**
Wytiki Rayshun Moffett v. State of Alabama (Appeal from Mobile Circuit Court:
CC-08-743.62 and CC-08-744.62)

# NOTICE

You are hereby notified that on April 25, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk